1046

[No. 25596-1-II.   Division Two.   June 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN THOMAS ENTLER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-1-00641-9, Don L. McCulloch, J., entered November 17, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Quinn-Brintnall, J.

[No. 25636-3-II.   Division Two.   June 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGERS M. LAGO, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-01172-2, Terry K. McCluskey, Jay B. Roof, and Leonard W. Costello, JJ., entered February 25, 2000. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 25820-0-II.   Division Two.   June 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. OWEN EDWARD GRIEVE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-1-00053-5, William J. Kamps, J., entered March 17, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Morgan, J.

[No. 25980-0-II.   Division Two.   June 15, 2001.]

ELIZABETH BROWNE, *Appellant*, v. JAMES W. BROWNE, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 85-3-00441-5, James D. Ladley, J., entered April 19, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.